UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| MURPHY MEDICAL ASSOCIATES, LLC; DIAGNOSTIC AND MEDICAL SPECIALISTS OF GREENWICH, LLC; and STEVEN A.R. MURPHY, M.D.<br><br>v.<br><br>CENTENE CORPORATION, NEW YORK QUALITY HEALTHCARE CORPORATION, WELLCARE HEALTH INSURANCE OF CONNECTICUT, INC., and WELLCARE OF CONNECTICUT, INC. | NO. 3:22-cv-504-VLB |

## JUDGMENT

This action having come before the Court on defendants' Motion to Dismiss before the Honorable Vanessa L. Bryant, Senior United States District Judge; and the Court having considered the full record of the case including applicable principles of law, having issued a Ruling granting defendants' motion without prejudice to amending the complaint within forty-two days, and issuing an Order Dismissing Case without an amended complaint having been filed; it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered and this case is closed.

Dated at Hartford, Connecticut, this 5th day of May, 2023.

DINAH MILTON KINNEY, Clerk

EOD: 5-5-2023

By   /s/ Jeremy J. Shafer
       Jeremy Shafer
       Deputy Clerk